IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT STEIN,<br><br>        Plaintiff,<br><br>  v.<br><br>THE CITY OF SAN RAMON,<br><br>        Defendant.<br>_____ / | No. C 10-00786 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: September 24, 2010 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is March 25, 2011.

DESIGNATION OF EXPERTS: 2/25/11; REBUTTAL: 3/11/11.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is March 25, 2011.

DISPOSITIVE MOTIONS **SHALL** be filed by April 22, 2011;

    Opp. Due May 6, 2011; Reply Due May 13, 2011;

    and set for hearing no later than May 27, 2011 at 9:00 AM.

PRETRIAL CONFERENCE DATE: June 28, 2011 at 3:30 PM.

JURY TRIAL DATE: July 11, 2011 at 8:30 AM.,
    Courtroom 10, 19th floor.
TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Plaintiff shall produce it's initial disclosures by June 11, 2010.
Mediation shall occur prior to the next case management conference.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                                        SUSAN ILLSTON
                                        United States District Judge