```
SHARON L. ANDERSON (SBN 94814)
County Counsel
JANICE L. AMENTA (SBN 161260)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, 9th Floor
Martinez, California 94553
Telephone:  (925) 335-1800
Facsimile:  (925) 335-1866
email: janiceamenta@cc.cccounty.us

Attorneys for Defendant
COUNTY OF CONTRA COSTA
```

RECEIVED MAR 25 2011 COUNTY COUNSEL MARTINEZ, CALIF.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT STEIN,<br><br>　　　　Plaintiff<br><br>v.<br><br>THE CITY OF SAN RAMON, THE COUNTY OF CONTRA COSTA, OFFICER ONE, OFFICER TWO, OFFICER THREE, OFFICER FOUR, OFFICER FIVE, OFFICER SIX and OFFICER SEVEN,<br><br>　　　　Defendants. | Case No. CV 10 786 SI<br><br>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |

WHEREAS, Plaintiff Robert Roy Stein and Defendants The City of San Ramon and the County of Contra Costa have fully and finally resolved all claims, disputes, and differences in the above-captioned action.

IT IS HEREBY STIPULATED AND AGREED by the parties, by and through their respective counsel of record and subject to the approval of the Court, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

　　1.　　The above-captioned action is hereby dismissed with prejudice;

　　2.　　Each party shall bear its own attorneys' fees and costs.

| | | |
|---|---|---|
| 1 | Dated: March 2, 2011 | THE LAW OFFICES OF SPENCER SMITH |
| 2 | | |
| 3 | | By: _____ |
| | | Dow Patten |
| 4 | | Attorney for Plaintiff |
| | | Robert Stein |

DATED: March 3, 2011

SHARON L. ANDERSON
COUNTY COUNSEL

By: _____
Janice L. Amenta
Deputy County Counsel
Attorneys for Defendant
County of Contra Costa

Dated: March 3, 2011

MCNAMARA DODGE ET AL LLP

By: _____
Noah G. Blechman
Attorneys for Defendant
The City of San Ramon

| | |
|---|---|
| 1  Dated: February ___, 2011 | THE LAW OFFICES OF SPENCER SMITH |

Dated: February ___, 2011      THE LAW OFFICES OF SPENCER SMITH

By:_____
    Dow Patten
    Attorney for Plaintiff
    Robert Stein

DATED: February ___, 2011      SHARON L. ANDERSON
    COUNTY COUNSEL

By:_____
    Janice L. Amenta
    Deputy County Counsel
    Attorneys for Defendant
    County of Contra Costa

Dated: February 9, 2011      MCNAMARA DODGE ET AL LLP

By:_____
    Noah G. Blechman
    Attorneys for Defendant
    The City of San Ramon

**IT IS SO ORDERED**
*/s/ Susan Illston*
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
Case No. CV 10 786 SI      2